IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANDRA BARRETT, et al. | ) | |
| | ) | CASE NO. 05-652C |
| | ) | Judge Lawrence M. Baskir |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to the Court's August 1, 2007 Order, plaintiffs respectfully report to the Court upon the status of the proceedings on behalf of both parties. Defendant's counsel prepared the necessary paperwork to arrange for payment of the backpay damages it calculated pursuant to the parties' October 23, 2006 settlement agreement. Defendant timely made payment of damages.

Under the terms of the settlement, plaintiffs had sixty (60) days from the date of payment to dispute the amounts paid to them. Plaintiffs' counsel timely notified defendants' counsel of the disputed amounts. Defendants' counsel agrees that plaintiffs are owed an additional amount and will certify this amount to the Department of Treasury for payment to

plaintiffs' counsel. Defendant's counsel has not yet done this, in part, because he has been on extended sick leave. He expects to return to work after Labor Day. In the event that he has not returned to work by September 10, 2007, another Government attorney will ensure that the disputed amount is certified for payment. The parties will dismiss the case when payment in full has been made.

Defendant's counsel has read this report and concurs with its content.

Respectfully submitted,

/s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855
(202) 452-1050

Plaintiffs' Counsel of Record

CERTIFICATE OF SERVICE

This is to certify that Plaintiffs' Status Report on Behalf of the Parties was electronically filed on August 17, 2007. I understand that all parties will receive notice of this filing from the Court's electronic filing system.

/s/ Molly A Elkin
Molly A. Elkin