IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANDRA BARRETT, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-652C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S STATUS REPORT

Pursuant to the Court's request, defendant respectfully reports to the Court upon the status of the proceedings.

The parties have resolved the one outstanding issue involving attorney fees. The Government expects that the matter will be dismiss on or before April 21, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Donald E. Kinner
Assistant Director

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
jack.groat@usdoj.gov
(202) 616-8260
(202) 514-7965 (fax)

Of Counsel:
Sybil Burnett
Bureau of Prisons

April 7, 2008

**CERTIFICATE OF FILING**

I hereby certify that on April 7, 2008, a copy of the foregoing DEFENDANT'S STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat