IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANDRA BARRETT, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-652C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to the terms of a settlement agreement, the parties respectfully agree to dismiss the matter with prejudice, with each party to bears its own costs, expenses, and attorney fees.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Donald E. Kinner
Assistant Director

/s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & McGILLIVARY
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005

Attorney for Plaintiffs

/s/ John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202)616-8260
Fax: (202) 514-7965

Attorneys for Defendant

Dated: April 29, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 29th day of April, 2008, a copy of the foregoing STIPULATION OF DISMISSAL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/ s/ John S. Groat