# In the United States Court of Federal Claims

Case No. 05-652C
(Filed: April 30, 2008)

**************************************************
BARRETT, SANDRA, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**************************************************

## ORDER

The parties' **Stipulation of Dismissal** of this case with prejudice (pursuant to the terms of a settlement agreement) filed on April 29, 2008, is hereby **GRANTED**. Parties are to bear their own costs, expenses and attorney fees.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge